Argued and submitted August 28, remanded for resentencing in part; otherwise affirmed November 12, 1992

STATE OF OREGON,
*Respondent,*

*v.*

BYRUM WADE WOODIN,
*Appellant.*

(88C-22187, 90C-21461; CA A71142 (Control), A71143)
(Cases Consolidated)

842 P2d 800

Eric R. Johansen, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

## PER CURIAM

Defendant seeks reversal of his conviction for burglary in the first degree, ORS 164.225, and reversal of his probation revocation. His argument that the trial court erred in denying his motion to suppress does not require discussion. He is correct that the court erred in sentencing him on the burglary conviction to a maximum term under ORS 137.615 that exceeded the sentencing guidelines. *State v. Haydon*, 113 Or App 205, 832 P2d 457, *on recon* 116 Or App 347, 842 P2d 410 (1992).

Remanded for resentencing on conviction for burglary in the first degree; otherwise affirmed.